UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CR-07(JMR/FLN)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Keith Bernard Crenshaw | ) | |

The Court hereby directs the government to respond to petitioner's motion for a writ of error coram nobis in this matter [Docket No. 45] on or before June 1, 2006.

IT IS SO ORDERED.

Dated: May 3rd, 2006

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge