**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2006, I served, or caused to be served, the following documents:

**OPPOSITION OF THE UNITED STATES TO DEFENDANT'S PETITION FOR A WRIT OF ERROR *CORAM NOBIS* PURSUANT TO 28 U.S.C. § 1651**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

N/A

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Keith Bernard Crenshaw
#09865-041
U.S. Penitentiary
Box 12015
Terre Haute, In 47801

RACHEL K. PAULOSE
United States Attorney

s/Pat Schones
BY: PAT SCHONES
Legal Assistant