# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

KEITH BERNARD CRENSHAW,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 01-07 JMR

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Reynaldo Aligada shall appear as appointed counsel of record for the above named defendant in this case.

Dated: March 3, 2008

*s/Reynaldo Aligada*
REYNALDO ALIGADA
Attorney ID No. 319776
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415